DIANA G. DICKINSON, ESQ. Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Guillermo Lomeli Jr.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-01267-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff GUILLERMO LOMELI JR. ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of August 10, 2021, up to and including **September 9, 2021**.

　　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

///

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 2, 2021

Respectfully submitted,

/s/ Michael Kind
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
GUILLERMO LOMELI JR.

Dated: August 2, 2021

Respectfully submitted,

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: August 3, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4848-6112-3828.1 / 107811-1012

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2