DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: ddickinson@littler.com

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Guillermo Lomeli Jr.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-01267-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

　　　　Plaintiff GUILLERMO LOMELI JR. ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of September 9, 2021, up to and including **September 30, 2021**.

　　　　This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

/ / /

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: September 9, 2021                                             Dated:  September 9, 2021

Respectfully submitted,                                              Respectfully submitted,


 /s/ Michael Kind                                                     /s/ Diana G. Dickinson
MICHAEL KIND, ESQ.                                                   DIANA G. DICKINSON, ESQ.
KIND LAW                                                             LITTLER MENDELSON, P.C.

GEORGE HAINES, ESQ.                                                  Attorney for Defendant
GERARDO AVALOS, ESQ.                                                 BACKGROUNDCHECKS.COM LLC
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
GUILLERMO LOMELI JR.


**IT IS SO ORDERED.**

Dated: September 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4842-7763-9162.1 / 107811-1012

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800